# THE INGBER LAW FIRM
SCHOOLHOUSE PLAZA
374 MILLBURN AVENUE, SUITE 301
MILLBURN, NEW JERSEY 07041

MARK J. INGBER*
ADAM BEASLEY**

OF COUNSEL
STEVEN P. LOMBARDI*

*MEMBER NJ & NY BAR
**MEMBER NY BAR

TEL: (973) 921-0080
FAX: (973) 921-0021
E-MAIL: INGBER.LAW@VERIZON.NET

March 4, 2013

**VIA ECF**
Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re: GAME Apparel, LLC v. Anthony S. Prisco, Matrix Salesgroup LLC, v. John M. Wortley, Kimberly A. Nelson, Philip Dangel and Brett E. Grossman, and Christopher Bennett; Civil Action No. 12-cv-01339 (AET-TJB)

Dear Judge Thompson,

We represent Counterclaim Individual Defendant Christopher Bennett in the above-captioned matter. In light of the Court's SO ORDERED Stipulation of Dismissal (Docket No. 48) and due to Defendant Matrix's failure to amend its pleadings within 10 days, i.e. October 11, 2012, as required by the Court's October 1, 2012 Opinion (Docket No. 33) dismissing Matrix's claims against the Individual Defendants for failure to state a claim in accordance Fed. R. Civ. P. 8, Defendant Christopher Bennett respectfully requests that the Court's October 1, 2012 Opinion be converted to a dismissal *with prejudice* as per Docket No. 44 . Matrix has withdrawn its Motion for Leave to File an Amended Pleading and has not expressed an intention to re-file said motion (Docket No. 48).

Therefore, in the interests of justice and to clarify and finalize the dismissal of all claims against him, Defendant Christopher Bennett respectfully requests that the Court grant this petition to convert the Court's October 1, 2012 Order to a dismissal with prejudice.

Respectfully Submitted,

THE INGBER LAW FIRM

By: Mark J. Ingber

SO ORDERED:_____
Anne E. Thompson, U.S.D.J.

cc: Jeffrey Miller and Jessie C. Basner, Esqs. (via email)